PROB 12C
(7/93)

# United States District Court

## for the

## Eastern District of Michigan

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert Johnson      Case Number: 01-CR-80240-DT-01

Name of Sentencing Judicial Officer: Honorable Denise Page Hood

Date of Original Sentence: September 6, 2001

Original Offense: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm

Original Sentence: Custody of the United States Bureau or Prisons for a term of 27 months, followed by two years of supervised release, with the following special condition: 1) If necessary, the defendant shall participate in a program approved by the Probation Department for substance abuse, which program may include testing to determine if the defendant has reverted to the use of drugs or alcohol. Criminal Monetary Penalty: $100.00 special assessment (paid).

Type of Supervision: Supervised Release      Date Supervision Commenced: October 24, 2003

Assistant U.S. Attorney: John Freeman      Defense Attorney: Robert Mann

## PETITIONING THE COURT

[X]   To issue a summons to appear for a show cause hearing on Tuesday, March 15, 2005, at 10:30 a.m.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Violation of Mandatory Condition:** "THE DEFENDANT SHALL COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME AND SHALL NOT ILLEGALLY POSSESS A CONTROLLED SUBSTANCE." |

On July 23, 2004, the defendant was arrested by Drug Enforcement Agency agents for having sold two ounces of heroin to undercover agents.

**Honorable Denise Page Hood**  RE:   JOHNSON, Robert
**March 9, 2005**
**Page Two**

On February 8, 2005, Mr. Johnson was sentenced on the charge of Distribution of Heroin, in violation of 21 U.S.C. § 841(a)(1), by the Honorable Lawrence P. Zatkoff of the United States District Court for the Eastern District of Michigan. With counsel present, he received a 41-month custody term with the United States Bureau of Prisons to be followed by a three-year term of supervised release. Mr. Johnson is currently on bond awaiting a date and time for the Bureau of Prisons so that he may self-surrender to the designated facility.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     3-10-05

John M. Ray
Senior United States Probation Officer
(313) 234-5439

---

THE COURT ORDERS:

[✓]   The Issuance of a Summons
[ ]   Other

United States District Judge

**MAR 1 0 2005**
Date

"JUDGE Steeh
Acting in the absence of
Judge DENISE PAGE HOOD"

"JUDGE _____
 Acting in the absence of
Judge DENISE PAGE HOOD"