# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN



UNITED STATES OF AMERICA

v.

Case No: 01-80240

Robert Johnson

## APPOINTMENT OF FEDERAL DEFENDER OFFICE

| ☐ **MULTIPLE DEFENDANT CASE** | ☐ **DEFENDANT IN CUSTODY** |
|---|---|
| ☐ **NON-ENGLISH SPEAKING** | **LANGUAGE:** _____ |
| **VIOLATION:** _____ | **CASE TYPE:** Supervised Release Viol |

The defendant has qualified for the appointment of counsel under the Criminal Justice Act.

**IT IS ORDERED** that the Federal Defender Office, 22nd Floor, 2255 Penobscot Building, Detroit, Michigan 48226, telephone number **(313) 961-4150**, is appointed to represent this defendant in this case, unless the appointment is terminated by (1) Order of the Court, (2) appointment of substitute counsel, or (3) appearance of retained counsel.

NEXT COURT DATE: 3/15/05 at 10:30 AM (Judge Hood)

Dated: FILED MAR 11 2005 CLERK'S OFFICE DETROIT

_____
United States District Judge/Magistrate Judge

AUSA Assigned: John Freeman

## PARTIAL PAYMENT ORDER

**IT IS ORDERED** that partial payment be made by the defendant in the amount of _____ monthly, commencing on _____, until this case is terminated or otherwise ordered by the Court. Payment shall be made to the **Clerk of the Court, Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, MI 48226.**

Defendant's Name, Address & Telephone Number:

_____
United States District Judge/Magistrate Judge

_____
Defendant's Signature

EDM 0044
01/95