AO245B (Rev. 12/03) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

Judgment-Page 2 of 3

DEFENDANT: ROBERT JOHNSON
CASE NUMBER: 01CR80240-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **9 months. This sentence shall run concurrent with the sentence imposed by Judge Lawrence P. Zatkoff in case no. 04-CR-80621-01**

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the United States Marshal.

# RETURN OF JUDGMENT & COMMITMENT



**RETURN**

FILED
JUL 19 2005
CLERK'S OFFICE
DETROIT

I have executed this judgment as follows:

Defendant delivered on __7-6-05__ to __FCI-MILAN__ a __MILAN, MI__, with a certified copy of this judgment.

H.J. Marberry
~~United States Marshal~~ Warden

M Ellis
~~Deputy United States Marshal~~ LIE